**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI**

**JOSEPH SIEFERT,** *et al.***,**

    **Plaintiff,**

-vs-                                                      **Case No.  1:17-CV-511**

**HAMILTON COUNTY BOARD OF
COMMISSIONERS,** *et al.***,**
    **Defendant.**

---

### JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| **X    Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED AND ADJUDGED**

The August 2, 2018 stay (Doc. 32) is hereby **LIFTED**. The County Defendants' motion to dismiss (Doc. 12) is **GRANTED.**  Plaintiffs' motion to alter judgment (Doc. 33) is **DENIED** as moot.   This case is TERMINATED.

Date:  November 15, 2018                          RICHARD W. NAGEL, CLERK

                                                              By:<u>s/Emily Hiltz</u>

                                                              Emily Hiltz, Deputy Clerk