# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: May 01, 2020

Mr. Richard W. Nagel
Southern District of Ohio at Cincinnati
100 E. Fifth Street
Suite 103 Potter Stewart U.S. Courthouse
Cincinnati, OH 45202-0000

                Re:  Case No. 18-4179, *Joseph Siefert, et al v. Hamilton County Board of Comm., et al*
                      Originating Case No. : 1:17-cv-00511

Dear Clerk,

  Enclosed is a copy of the mandate filed in this case.

                                        Sincerely yours,

                                        s/Maddison R Edelbrock
                                        For Roy Ford

cc:  Mr. Jon David Brittingham
      Mr. Jason Robbins Goldschmidt
      Mr. Jerome Anthony Kunkel
      Mr. Eric Adam Munas
      Mr. Ted L. Wills

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 18-4179

_____

Filed: May 01, 2020

JOSEPH SIEFERT; MELISSA SIEFERT

    Plaintiffs - Appellants

v.

HAMILTON COUNTY/BOARD OF HAMILTON COUNTY COMMISSIONERS; HAMILTON COUNTY DEPARTMENT OF JOB AND FAMILY SERVICES; MOIRA WEIR, Individual and Official Capacity; ERIC YOUNG, Individual and Official Capacity; RACHEL BUTLER, Individual and Official Capacity; CINCINNATI CHILDREN'S HOSPITAL MEDICAL CENTER; JENNIFER BOWDEN, Individual and Official Capacity; KIMBERLEY STEPHENS, Individual and Official Capacity; ANKITA ZUTSHI, Individual and Official Capacity; DANIEL ALMEIDA, Individual and Official Capacity; SUZANNE SAMPANG, Individual and Official Capacity; LAUREN HEENEY, Individual and Official Capacity

    Defendants - Appellees

<u>MANDATE</u>

  Pursuant to the court's disposition that was filed 03/03/2020 the mandate for this case hereby issues today.

 COSTS:  None